1

2  Robert D. Rowland
   Lindsay Rakers
3  **GOLDENBERG HELLER**
   **ANTOGNOLI & ROWLAND, P.C.**
   P.O. Box 959
4  Edwardsville, Illinois 62025
   Telephone: 618-656-5150
5  Facsimile: 618-656-6230
   Attorneys for Plaintiffs
6

7

8
                        UNITED STATES DISTRICT COURT
9
                        NORTHERN DISTRICT OF CALIFORNIA
10

11

12
   IN RE: BEXTRA AND CELEBREX          )   **MDL NO. 1699**
13 MARKETING SALES PRACTICES AND       )   **District Judge:  Charles R. Breyer**
   PRODUCT LIABILITY LITIGATION        )
14                                      )
   This Document Relates To:           )
15                                      )
   *Donald G. Newmann v. Pfizer Inc.*  )   **STIPULATION AND ORDER OF**
16 (05-5359 CRB)                        )   **DISMISSAL WITH PREJUDICE**
                                        )
17 *Lehnen, Marie, et al. v. G.D. Searle, et al.* )
   (06-2669 CRB)                        )
18                                      )
   *Marcy A. West v. Merck & Co., Inc., et al.* )
19 (06-3015 CRB)                        )
                                        )
20 *Jerry M. Dance v. Merck & Co., Inc., et al.* )
   (06-3016 CRB)                        )
21                                      )
   *Edward Spinaio v. G.D. Searle, et al.* )
22 (06-3036 CRB)                        )
                                        )
23 *Lonnie Case v. Merck & Co. Inc., et al.* )
   (06-3180 CRB)                        )
24                                      )
   *Richard Menzel v. Merck & Co., Inc., et al.* )
25 (06-3181 CRB)                        )
                                        )
26 *Vincent Calamia v. Merck & Co., Inc., et al.* )
   (06-3182 CRB)                        )
27                                      )
   *Jessie Abbott v. Merck & Co., Inc., et al.* )
28 (06-3306 CRB)                        )

                                   -1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42576335.1

1

2  *Berlin Jenkerson v. Merck & Co. Inc., et al.*
   (06-3307 CRB)

3  *Thomas Kasper v. Merck & Co. Inc., et al.*
   (06-3309 CRB)
4
   *Josephine Tourville v. Merck & Co., Inc., et al.*
5  (06-3310 CRB)

6  *Arzie Stephens v. Merck & Co., Inc., et al.*
   (06-3311 CRB)
7
   *Henry Kahn, et al. v. Pfizer Inc..et al.*
8  (06-4600 CRB)

9  *Carol Copeland v. G.D. Searle LLC, et al.*
   (07-3023 CRB)
10
   *Suzanne Steinbach v. Merck & Co., Inc., et al.*
11 (07-0495 CRB)

12 *John Moseley v. Merck & Co., Inc., et al.*
   (07-0496 CRB)
13
   *Joni Hebblethwaite v. Merck & Co., Inc., et al.*
14 (07-0498 CRB)

15 *Kevin Miller v. Merck & Co, Inc., et al.*
   (07-0596 CRB)
16
   *Lena Scher v. Merck & Co., Inc., et al.*
17 (07-2533 CRB)

18 *Laurence Schmidt v. Merck & Co., Inc., et al.*
   (07-2534 CRB)
19
   *Patty Foreman v. Merck & Co., Inc., et al.*
20 (07-2535 CRB)

21 *Robert Miller v. G.D. Searle LLC, et al.*
   (07-3127 CRB)
22
   *Robert J. Smith, Jr., et al. v. Merck & Co., Inc., et al.*
23 (07-3488 CRB)

24 *Williamson, Wilburn, et al. v. Merck & Co., Inc., et al.*
   (07-3489 CRB)
25

26      Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

27 the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42576335.1

1  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

2  each side bearing its own attorneys' fees and costs.

3

4  DATED: 11-2, 2009    By: _____

5  **GOLDENBERG HELLER**
   **ANTOGNOLI & ROWLAND, P.C.**
6  P.O. Box 959
   Edwardsville, Illinois 62025
7  Telephone: 618-656-5150
   Facsimile: 618-656-6230
8
   *Attorneys for Plaintiffs*
9

10 DATED: Nov. 4, 2009    By: _____

11

12 **DLA PIPER LLP (US)**
   1251 Avenue of the Americas
13 New York, New York 10020
   Telephone: 212-335-4500
14 Facsimile: 212-335-4501

15 *Defendants' Liaison Counsel*

16

17

18 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
   IT IS SO ORDERED.**

19

20 Dated: NOV 1 3 2009

21 Hon. Charles R. Breyer
   United States District Court

22

23

24

25

26

27

28

-3-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42576335.1